Steven T. Lovett, OSB No. 910701
steve.lovett@stoel.com
Rachel C. Lee, OSB No. 102944
rachel.lee@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Daniel F. Katz (*pro hac vice* pending)
dkatz@wc.com
David Kurtzer-Ellenbogen (*pro hac vice* pending)
dkurtzer@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029

      Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In re INTEL CORP. CPU MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 3:18-md-02828-SI |
| This Motion Relates to Case No. 6:18-cv-00028-SI | NOTICE OF WITHDRAWAL |

      NOTICE IS HEREBY GIVEN that attorney Amy Joseph Pedersen, Oregon Bar No. 853958, hereby withdraws as counsel for defendant Intel Corporation in the above-captioned matter.  Steven T. Lovett, Rachel C. Lee, and Stoel Rives LLP continue to represent defendant Intel Corporation in this matter.

Page 1  -  NOTICE OF WITHDRAWAL

NOTICE IS ALSO HEREBY GIVEN that Steven T. Lovett shall assume the responsibility of Oregon counsel in the matter of the petitions for Pro Hac Vice admission of Daniel F. Katz and David Kurtzer-Ellenbogen in this matter.

DATED:  April 11, 2018.

        STOEL RIVES LLP

        */s/ Steven T. Lovett*
        STEVEN T. LOVETT, OSB No. 910701
        steve.lovett@stoel.com
        RACHEL C. LEE, OSB No. 102944
        rachel.lee@stoel.com
        Telephone:  503.224.3380

        WILLIAMS & CONNOLLY LLP

        Daniel F. Katz (*pro hac vice* pending)
        dkatz@wc.com
        David Kurtzer-Ellenbogen (*pro hac vice* pending)
        dkurtzer@wc.com
        Telephone:  (202) 434-5000

        Attorneys for Defendant