Daniel E. Gustafson
Daniel C. Hedlund
David A. Goodwin
Eric S. Taubel
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
jbourne@gustafsongluek.com
etaubel@gustafsongluek.com

*Counsel for Plaintiffs Joseph Henderson, Matthew Maniskas
and Kottemann Orthodontics, P.L.L.C.*

**UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| **IN RE: INTEL CORP. CPU MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Case No: 3:18-md-2828-SI |
| This Document Relates to:<br><br>*Kottemann Orthodontics PLLC v. Intel Corp.*, Case No. 3:18-cv-00935-SI<br>*Henderson et al., v. Intel Corp.*, Case No. 2:18-cv-00413-SI | **UNOPPOSED MOTION TO WITHDRAW AS PRO HAC VICE COUNSEL FOR PLAINTIFFS JOSEPH HENDERSON, MATTHEW MANISKAS AND KOTTEMANN ORTHODONTICS, P.L.L.C.** |

**CERTIFICATION PURSUANT TO LOCAL RULE 7-1**

Pursuant to LR 7-1, counsel for Plaintiffs Joseph Henderson, Matthew Maniskas, and Kottemann Orthodontics, P.L.L.C. ("Plaintiffs") have conferred with counsel for Defendant regarding this Motion to Withdraw as *Pro Hac Vice* Counsel for Plaintiffs, and Defendant does not oppose this motion.

## MOTION

Pursuant to LR 83-11(b), Plaintiffs bring this unopposed motion to withdraw the appearance of Joseph C. Bourne as *pro hac vice* counsel for Plaintiffs. This withdrawal will not materially affect Plaintiffs' interests, nor will it interfere with these proceedings.

Plaintiffs will continue to be represented by Daniel E. Gustafson, Daniel C. Hedlund, David A. Goodwin, and Eric S. Taubel of Gustafson Gluek PLLC and Interim Co-Lead Plaintiffs' Counsel, Interim Liaison Plaintiffs' Counsel, and the Interim Plaintiffs' Steering Committee. Plaintiffs are aware of and consent to this withdrawal and will not be prejudiced by the withdrawal of Joseph C. Bourne as *pro hac vice* counsel in this matter.

Dated: August 8, 2018

/s/ Daniel C. Hedlund
Daniel E. Gustafson
Daniel C. Hedlund
David A. Goodwin
Eric S. Taubel
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
jbourne@gustafsongluek.com
etaubel@gustafsongluek.com

*Counsel for Plaintiffs Joseph Henderson, Matthew Maniskas and Kottemann Orthodontics, P.L.L.C.*

**CERTIFICATE OF SERVICE**

I, Daniel C. Hedlund, do hereby certify that on August 8, 2018, a true and complete copy of this **UNOPPOSED MOTION TO WITHDRAW AS PRO HAC VICE COUNSEL FOR PLAINTIFFS JOSEPH HENDERSON, MATTHEW MANISKAS AND KOTTEMANN ORTHODONTICS, P.L.L.C.** was electronically filed with the Court's CM/ECF system, and was served automatically upon all counsel of record.

/s/ Daniel C. Hedlund
Daniel E. Gustafson
Daniel C. Hedlund
David A. Goodwin
Eric S. Taubel
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
jbourne@gustafsongluek.com
etaubel@gustafsongluek.com

*Counsel for Plaintiffs Joseph Henderson, Matthew Maniskas and Kottemann Orthodontics, P.L.L.C.*